# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:

DOROTHY ANN MAYS                                                                       CASE NO. 18-14269

## APPLICATION FOR COMPENSATION OF SPECIAL COUNSEL

COMES NOW, Terre M. Vardaman, Chapter 13 Trustee, and files this Application for Compensation of Special Counsel, for and on behalf of Dorothy Ann Mays (the "Debtor"), respectfully shows the Court the following:

1.

The Debtor filed her Chapter 13 Petition on October 30, 2018.

2.

The Debtor had a claim against the Equifax Information Services, LLC for injuries suffered by the Debtor due to the inaccurate reporting on her credit file that she was deceased.

3.

With *nunc pro tunc* approval by this Court, the Debtor employed counsel The Dilorenzo Law Firm, LLC, John C. Hubbard, LLC and Cochrun & Seals, LLC to represent her in the above described claim.

4.

Plaintiff's Counsel was successful in the representation of the Debtor. Settlement of the Debtor's claim has been reached, whereby the Debtor has accepted the gross settlement in the amount $65,000.00 in full and complete settlement of said claim and cause of action.

5.

Plaintiff's Collective Special Counsel, Cochrun & Seals, LLC seeks compensation for professional fees to be awarded in the net amount of $10,833.33 and reimbursable expenses in the amount of $854.00;  John C. Hubbard seeks compensation for professional fees to be awarded in the net amount of $10,833.33 and Joel Dilorenzo seeks compensation for professional fees to be awarded in the net amount of $10,833.34.

Wherefore, the Debtor prays that the Court approve compensation for professional fees, and for any such other and further relief as is just.

Respectfully submitted this the 24th  day of July, 2019.

                                   Respectfully submitted,

                                   /s/Jeffrey K. Tyree  
                                   Jeffrey K. Tyree, MSB#9049  
                                   STAFF ATTORNEY FOR THE  
                                   CHAPTER 13 TRUSTEE,  
                                   TERRE VARDAMAN  
                                   PO BOX 1326  
                                   BRANDON, MS 39043  
                                   601-825-7663; jktyree26@gmail.com

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that I have this day forwarded via U.S. Mail, postage prepaid, or electronically notified through the CM/ECF system, a true and correct copy of the foregoing Application to Approve Settlement to:

Gawyn Mitchell, Esq.

gawyn123@gmail.com

John C. Hubbard, Esq.

johnchubbard@gmail.com

This the 24th day of July, 2019.

                                                      /s/Jeffrey K. Tyree

                                                      Jeffrey K. Tyree